No. 79–1722.  PITSENBERGER *v.* PITSENBERGER.  Appeal from Ct. App. Md.  Motion of appellee for leave to proceed *in forma pauperis* granted.  Appeal dismissed for want of substantial federal question.

No. 79–1865.  OSTRAGER *v.* STATE BOARD OF CONTROL ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.  JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 79–1939.  VARA ET AL. *v.* CITY OF HOUSTON ET AL. Appeal from Ct. Civ. App. Tex., 14th Sup. Jud. Dist., dismissed for want of properly presented federal question.

No. 79–2041.  CLAYTON *v.* CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF CONKLIN ET AL.  Appeal from Ct. App. N. Y. dismissed for want of properly presented federal question.

No. 79–6519.  ZACKAI *v.* BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES FOR CHICAGO STATE UNIVERSITY. Appeal from Sup. Ct. Ill. dismissed for want of properly presented federal question.

No. 79–2033.  WOODWARD, ADMINISTRATOR *v.* BURNHAM CITY HOSPITAL ET AL.  Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.  JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 80–14.  FAYETTEVILLE STREET CHRISTIAN SCHOOL ET AL. *v.* NORTH CAROLINA ET AL.  Appeal from Sup. Ct. N. C. dismissed for want of jurisdiction.